CURTIS B. DALL, Respondent, *v.* TIME INCORPORATED, Appellant.

Argued May 23, 1928; decided July 7, 1938.

*William D. Whitney, Bruce Bromley, Alexander Heh-meyer* and *Samuel B. Stewart, Jr., for appellant.*

*Caruthers Ewing* and *Guston T. Fitzhugh* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation with costs in all courts. The question of whether the libel here charged is a libel as matter of law is not before us. No opinion. (See 278 N. Y. 718.)

Concur: LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ. Taking no part: CRANE, Ch. J.